# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN THEODORE ANDERSON,

    Plaintiff,

v.

Paul Crifasi *et al*.,

    Defendants.

Case No. 2:11-CV-00849-KJD-PAL
        2:11-cv-00851-KJD -CWH

**ORDER**

     These actions were dismissed On December 13, 2011.  The actions were among a series of entirely meritless complaints filed by Plaintiff.   The Court ordered that Plaintiff was required to associate with counsel if he chose to re-file these actions and that any amended complaint was to be filed by December 27, 2011.  Plaintiff did not associate with counsel or file amended complaints. Accordingly, **IT IS HEREBY ORDERED** that case number 2:11-CV-00849-KJD-PAL and case number 2:11-cv-00851-KJD -CWH be terminated by the Clerk of Court.

     DATED this __9th__ day of August 2012.

_____
Kent J. Dawson
United States District Judge